PROB 12C
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
## for the
### Western District of Pennsylvania

## SUPPLEMENTAL PETITION FOR SHOW CAUSE HEARING FOR OFFENDER UNDER SUPERVISION

Name of Offender:   Robert C. Wilkinson                    Case Number: 0315 2:08CR00018-001

Name of Sentencing Judicial Officer:      The Honorable Maurice B. Cohill, Jr.

Date of Original Sentence:      October 18, 2010

Original Offense:       Travel with the intent to engage in illicit sexual conduct

Original Sentence:      72 months' incarceration; followed by 10 years' supervised release

Special Conditions:     Shall participate in a program of testing and, if necessary treatment for substance abuse; shall participate in alcohol aftercare program and is prohibited from consuming alcohol; mental health treatment; sex offender treatment; shall not associate with minors; and shall comply with SORNA.

Type of Supervision:    TSR                Date Supervision Commenced:    7/25/2013

Assistant U.S. Attorney:    Soo Song            Defense Attorney:    Linda Cohen

---

## PETITIONING THE COURT

☐ To Issue a Warrant                         ☐ To Issue a Summons
☒ To Incorporate with Show Cause Hearing scheduled April 19, 2016.              ☐ Other

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S)

**Shall participate in a substance abuse treatment program.**

The defendant was unsuccessfully discharged from substance abuse treatment on April 4, 2016, due to non-compliance.

|  |  |
|---|---|
|  | I declare under penalty of perjury that the foregoing is true and correct. |
|  | Respectfully Submitted, |
| By: | _[signature]_ |
|  | Alexis L. Zellefrow |
|  | United States Probation Officer |
| Approved By: | _[signature]_ |
|  | Romona Clark |
|  | Assistant Deputy Chief U.S. Probation Officer |
| Date: | 4/11/2016 |

**THE COURT ORDERS:**

☐ No Action

☐ The Issuance of a Warrant and:
   ☐ No Bond is set
   ☐ Bond is set at _____
   ☐ Bond is at the discretion of the Magistrate Judge

☐ That the (probationer/supervised release) appear at the United States Courthouse, at _____, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

☐ That a Summons be issued and the (probationer/supervised release) appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked. The (probationer/supervised release) is hereby ordered to abide by the conditions of supervision which were originally imposed on _____.

☒ Other _as requested._

_[signature] Maurice B. Cohill_
SIGNATURE OF JUDICIAL OFFICER

4/12/16
DATE